**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| KANE BIOTECH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CASE NO.:** |
| | ) | |
| NESTEC, LTD., aka NESTEC, S.A.; | ) | JURY TRIAL DEMANDED |
| and NESTLE PURINA PETCARE | ) | |
| GLOBAL RESOURCES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

Plaintiff, KANE BIOTECH, INC. ("KANE"), sues Defendants, NESTEC LTD., a/k/a

NESTEC S.A. ("NESTEC"), and NESTLÉ PURINA PETCARE GLOBAL RESOURCES, INC.

("NESTLÉ PURINA") and alleges as follows:

███████████

███████████████████████████

█████████████████████████████████

█████████████████████████████████

█████████████████████████████████

█████████████████████████████████

█████████████████████████████████

█████████████████████████████████

█████████████████████████████████

█████████████████████████████████

█████████████████████████████████

2

{00256800.DOCX }

3



WALDMAN BARNETT, P.L.
3250 MARY STREET, SUITE 102 ● COCONUT GROVE, FLORIDA 33133

{00256800.DOCX }



WALDMAN BARNETT, P.L.
3250 MARY STREET, SUITE 102 ● COCONUT GROVE, FLORIDA 33133

{00256800.DOCX }



WALDMAN BARNETT, P.L.
3250 MARY STREET, SUITE 102 ● COCONUT GROVE, FLORIDA 33133
{00256800.DOCX }



WALDMAN BARNETT, P.L.
3250 MARY STREET, SUITE 102 ● COCONUT GROVE, FLORIDA 33133

{00256800.DOCX }



WALDMAN BARNETT, P.L.
3250 MARY STREET, SUITE 102 ● COCONUT GROVE, FLORIDA 33133
{00256800.DOCX }

9

{00256800.DOCX }



WALDMAN BARNETT, P.L.
3250 MARY STREET, SUITE 102 ● COCONUT GROVE, FLORIDA 33133

{00256800.DOCX }



WALDMAN BARNETT, P.L.
3250 MARY STREET, SUITE 102 ● COCONUT GROVE, FLORIDA 33133

{00256800.DOCX }



WALDMAN BARNETT, P.L.
3250 MARY STREET, SUITE 102 ● COCONUT GROVE, FLORIDA 33133

{00256800.DOCX }



WALDMAN BARNETT, P.L.
3250 MARY STREET, SUITE 102 ● COCONUT GROVE, FLORIDA 33133

{00256800.DOCX }



WALDMAN BARNETT, P.L.
3250 MARY STREET, SUITE 102 ● COCONUT GROVE, FLORIDA 33133

{00256800.DOCX }



15

{00256800.DOCX }



WALDMAN BARNETT, P.L.
3250 MARY STREET, SUITE 102 ● COCONUT GROVE, FLORIDA 33133

{00256800.DOCX }



17

{00256800.DOCX }

18

19



WALDMAN BARNETT, P.L.
3250 MARY STREET, SUITE 102 ● COCONUT GROVE, FLORIDA 33133

{00256800.DOCX }



WALDMAN BARNETT, P.L.
3250 MARY STREET, SUITE 102 ● COCONUT GROVE, FLORIDA 33133

{00256800.DOCX }



WALDMAN BARNETT, P.L.
3250 MARY STREET, SUITE 102 ● COCONUT GROVE, FLORIDA 33133

{00256800.DOCX }

23



24



25



WALDMAN BARNETT, P.L.
3250 MARY STREET, SUITE 102 ● COCONUT GROVE, FLORIDA 33133

{00256800.DOCX }



WALDMAN BARNETT, P.L.
3250 MARY STREET, SUITE 102 ● COCONUT GROVE, FLORIDA 33133

{00256800.DOCX }



28

██████████████████████████████████████████████

████████████████████████████████████

### DEMAND FOR JURY TRIAL

Plaintiff KANE BIOTECH, INC. demands a trial by jury on all issues so triable.

*********************************

Dated: this 26th day of February, 2018.

Respectfully submitted,

HARNESS, DICKEY & PIERCE, P.L.C.

By: ___/s/ Douglas A. Robinson_____
Douglas A. Robinson, EDMO No. 58304MO
drobinson@hdp.com
7700 Bonhomme Avenue, Suite 400
St. Louis, MO 63105
Telephone: 314-726-7500
Facsimile:  314-726-7501

WALDMAN BARNETT, P.L.
Glen H. Waldman, Esq.
Fla. Bar No. 618624
gwaldman@waldmanbarnett.com
Michael A. Sayre, Esq.
Fla. Bar No. 17607
msayre@waldmanbarnett.com
Michael A. Azre, Esq.
Fla. Bar. No. 83522
mazre@waldmanbarnett.com
Benjamin L. Keime, Esq.
Fla. Bar. No. 118752
bkeime@waldmanbarnett.com
litservice@waldmanbarnett.com
3250 Mary Street, Suite 102
Coconut Grove, Florida 33133
Telephone:  (305) 371-8809
Telecopier:  (305) 448-4155
*Pro Hac Vice to be Filed*

*Counsel for Plaintiff Kane Biotech, Inc.*

WALDMAN BARNETT, P.L.
3250 MARY STREET, SUITE 102 ● COCONUT GROVE, FLORIDA 33133

{00256800.DOCX }